UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **06-239** |
| v. | : | MAGISTRATE NO. 06-0320M-01 (CR) |
| **JUAN LUIS SALAZAR-ZUNIGA,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(C) |
| | : | (Unlawful Distribution of Cocaine); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(ii) |
| | : | (Unlawful Distribution of 500 Grams or More of Cocaine); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to Distribute Cocaine) |



**INDICTMENT**

FILED IN OPEN COURT
AUG 10 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

The Grand Jury charges that:

**COUNT ONE**

On or about June 28, 2006, within the District of Columbia, **JUAN LUIS SALAZAR-ZUNIGA,** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

**COUNT TWO**

On or about July 11, 2006, within the District of Columbia, **JUAN LUIS SALAZAR-ZUNIGA,** did unlawfully, knowingly and intentionally distribute a mixture and substance containing

a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

**(Unlawful Distribution of 500 Grams or More of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii))

### COUNT THREE

On or about July 11, 2006, within the District of Columbia, **JUAN LUIS SALAZAR-ZUNIGA,** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

**(Unlawful Possession With Intent to Distribute Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.