CO-526
(12/86)

Cl EX

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 8 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA    )
                            )
                            )
         vs.                )   Criminal No. 06-239
                            )
Juan Salazar Zuniga         )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

X Juan Salazar Zuniga
_____
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge