*Moses Gregory*

HONORABLE RICHARD W. ROBERTS, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-239 |
| | : | |
| vs. | : | SSN: |
| | : | |
| SALAZAR-ZUNIGA, Juan | : | Disclosure Date: **January 10, 2007** |

**FILED**
**FEB 1 6 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.
    (✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_/s/ Michael C. Liebman_          1/24/07
**Prosecuting Attorney**                                  Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.
    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ _____   _____ _____
**Defendant**                    **Date**            **Defense Counsel**                    **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **January 24, 2007**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

*(2 pp, total)*

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Gennine A. Hagar, Acting Chief
    United States Probation Officer

*copy to H. Heather Shaner, Esq.*
*fax: 332-8059*

On page 3, ¶ 3, the plea agreement provides that the defendant may seek a downward adjustment, not departure, based on his role in the offense, pursuant to USSG § 3B1.2. The only departure that the defendant may ask for is a departure based on his status as a deportable alien.

Signed by: _[signature]_
(Defendant/Defense Attorney/**AUSA**)

Date: 1/24/07